**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 81 MM 2015 |
| Respondent | : |
| v. | : |
| ADAM ROSEN, | : |
| Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 25th day of June, 2015, the Petition to Exceed 9000 Word Limitation for a Petition for Allowance of an Appeal is **DENIED**.